IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOAN PAUL HIX,
(F.K.A. JOHN PAUL HIX)

    Plaintiff,

v.                                                                                                     No. 1:24-cv-00175-KWR-JFR

SKS DEVELOPMENT LLC d/b/a
BEST WESTERN PLUS MONTEZUMA INN & SUITES;
TROY DENISON, in his official capacity;
DEBBIE COCA, in her individual and official capacities

    Defendants.

## **JUDGMENT**

For the reasons stated in the memorandum opinion and orders entered contemporaneously herewith, the Court issues its separate judgment (1) granting in part Defendants' Motions to Dismiss as to Counts II and III; and (2) remanding all remaining state law claims to the Fourth Judicial District Court, San Miguel County, New Mexico.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

- Counts II and III are dismissed;

- All remaining state law claims are remanded to the Fourth Judicial District Court, San Miguel County, New Mexico.

                                                                 \_\_\_/S/_____
                                                                 KEA RIGGS
                                                                 UNITED STATES DISTRICT JUDGE